■ Toys "R" Us—NYTEX, Inc., Respondent, v First Atlantic Realty Corp., Respondent, and Roberts Equities Group, Inc., Appellant. [599 NYS2d 954] —Order, Supreme Court, New York County (Stuart C. Cohen, J.), entered April 10, 1992, which, to the extent relevant to the appeal as limited by the brief, granted plaintiff's motion pursuant to CPLR 1006 (f) for discharge from this action and denied defendant-appellant's cross-motion for summary judgment, unanimously affirmed, with costs.

Notwithstanding that the court considered the motion for discharge pursuant to CPLR 1006 without a full, written notice of motion, defendant-appellant was given adequate opportunity to demonstrate that plaintiff had some possible stake in the disputed funds, and was unable to do so *(cf., Birnbaum v Marine Midland Bank,* 96 AD2d 776, 777). Summary judgment was appropriately denied, since the record suggests that much has been hidden *(see, Karen S. v Streitferdt,* 172 AD2d 440). Concur—Murphy, P. J., Sullivan, Milonas, Asch and Nardelli, JJ.

■ The People of the State of New York, Respondent, v Ade Allah Nkosithani, Also Known as Alex Jenkins, Appellant. [599 NYS2d 955] —Judgment, Supreme Court, New York County (Jerome Marks, J., at plea; Clifford Scott, J., at sentence), rendered October 4, 1991, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a persistent felony offender, to a term of 6 years to life, unanimously affirmed.

Before pleading guilty, defendant was fully apprised of the rights he was waiving, admitted his guilt, and acknowledged that his plea was voluntary. Accordingly, defendant's conclusory assertion that he was coerced by his counsel into pleading guilty was properly rejected *(see, People v Patrick,* 163 AD2d 84, *lv denied* 76 NY2d 895). Concur—Murphy, P. J., Sullivan, Milonas, Asch and Nardelli, JJ.